MCGUIREWOODS LLP
LESLIE M. WERLIN SBN 67994
1800 Century Park East
8th Floor
Los Angeles, CA 90067
Telephone: 310.315.8200
Facsimile: 310.315.8210
Attorneys for Defendant
Bank of America, National Association

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA (FRESNO DIVISION)

| | |
|---|---|
| DAVID MACRIS and JULIA MACRIS,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.: 11-cv-01986-LJO-SMS<br><br>**ORDER ON STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' COMPLAINT (DOC. 7)** |

This matter is before the Court on a Stipulation to Extend Time to Respond to Plaintiff's Complaint. After due consideration, the Stipulation is hereby **APPROVED**, and Defendant shall have up to and including January 4, 2012, to respond to Plaintiff's Complaint.

IT IS SO ORDERED.

Dated:   **December 13, 2011**          **/s/ Sandra M. Snyder**
                                        UNITED STATES MAGISTRATE JUDGE